IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


WILLIE JOSEPH WILLIAMS,

     Plaintiff,

v.                                                                          CASE NO. 4:08-cv-00393-MP-WCS

JAMES R. McDONOUGH and
DR. MONTOYA,

     Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 20, Report and Recommendation of the

Magistrate Judge, which recommends that Plaintiff's Second Amended Complaint (Doc. 19) be

dismissed for failure to state a claim.  The Magistrate entered the Report on March 17, 2009.

Plaintiff has not filed an objection to the Report, and the time to do so has now passed.  Upon

consideration, the Court agrees with the Magistrate that his case should be dismissed.

Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge (Doc. 20) is
ADOPTED and incorporated herein.

2.    Plaintiff's Second Amended Complaint (Doc. 19) is DISMISSED for failure to
state a claim upon which relief may be granted.

3.    The Clerk is directed to note on the docket that the Court dismissed this case
pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    **DONE AND ORDERED** this   *16th* day of April, 2009

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge